UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL WAYNE ARNOLD

    v.                                                                                                        C.A. 15-031 ML

A.T. WALL

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on January 26, 2015. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. Petitioner's Habeas Corpus Petition is hereby DISMISSED without prejudice.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
February 13, 2015